UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MARGIE LOLA HARDWICK** | **CIVIL DOCKET NO. 1:21-CV-0009** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 19] of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 20] filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the final decision of the Commissioner is AFFIRMED, and Hardwick's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in chambers, on this 6th day of January 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE